**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**(TAMPA DIVISION)**

| | |
|---|---|
| JOSEPH M. JASON, Individually And On Behalf Of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>JINGSONG LI, XUEFENG GUO, WEIHONG XIA, GUANGWU ZHANG, SHUJE WU, ZHOUZHE JIN, INGYONG MA, MORGENSTERN, SVOBODA & BAER, CPA'S, P.C., and DAVID SVOBODA,<br>    Defendants,<br><br>    -and-<br><br>CHINA ORGANIC AGRICULTURE, INC.,<br><br>    Nominal Defendant. | **Civil Action: 8:13-cv-00831-EAK-AEP** |

## STAUTS REPORT

Pursuant to this Court's Endorsed Order, dated June 10, 2015, Plaintiff reports that the above-captioned action should be closed.  Joseph M. Jason, hereby voluntarily dismisses, without prejudice, all of his claims against all Defendants herein.  No defendant in this action has answered or filed for summary judgment.

**DATED:**      June 18, 2015

**BARKER & COOK, P.A.**

By: */s/ Chris A. Barker*
  Chris A. Barker
501 East Kennedy Blvd., Suite 790
Tampa, FL  33602
Tel.:  (813) 489-1001
Fax:  (813) 489-1008
Email: chris@barkercook.com

**GAINEY McKENNA & EGLESTON**
Gregory M. Egleston
440 Park Avenue South, 5th Floor
New York, New York 10016
Tel: (212) 983-1300
Fax: (212) 983-0383
E-mail: gegleston@gme-law.com

**RIGRODSKY & LONG, P.A.**
Timothy J. MacFall
825 East Gate Boulevard, Suite 300
Garden City, NY 11530
Tel: (516) 683-3516
Email: tjm@rigrodskylong.com

## CERTIFICATE OF SERVICE

I hereby certify that on this, the 18th day of June 2015, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

  */s/ Chris A. Barker*
  Chris A. Barker